UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONAS MIGUEL DAVIS,

                Plaintiff,

    v.

JESSIE DELL, et al.,

                Defendants.

No.  3:22-CV-5717-JHC-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

       The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    This case is dismissed without prejudice for Plaintiff's failure to follow a Court order and failure to state a claim upon which relief can be granted.

(3)    As Plaintiff failed to state a claim upon which relief could be granted in the proposed complaint, this case is considered a "strike" under 28 U.S.C. § 1915(g).

(4)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 30th day of January, 2023.

*John H. Chun*
_____
John H. Chun
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1